In the Matter of the Application of WALTER E. VANNIER and Others, Respondents, for an Order Requiring the ANTI-SALOON LEAGUE OF NEW YORK and Others, Appellants, to File a Statement, etc., in Connection with the Fall Primary Election and the General Election of 1922.

> *Election Law of 1922 — corrupt practices — § 320 et seq. construed.*

Appeal from an order of the Supreme Court, made at the Albany Special Term and entered in the Rensselaer county clerk's office on March 14, 1923, which directs that the Anti-Saloon League file a statement of the appointment of a treasurer with the Secretary of State, and further directs it through its treasurer and officers to file a statement of receipts, expenditures and liabilities received, made and incurred in connection with the primary election of 1922, and also in connection with the general election of 1922.

The opinion of Special Term is reported in *Matter of Anti-Saloon League of New York* (120 Misc. Rep. 412).

PER CURIAM: We think that the activities in question, although performed in the name of " The Anti-Saloon League of New York," were in fact the activities of the corporation the correct title of which is " The New York Anti-Saloon League," and that there is no unincorporated association having the former name as distinguished from a corporation having the latter name. We also think that within the meaning of section 320 of the Election Law the New York Anti-Saloon League, though a corporation having a distinct identity, was nevertheless a " combination of three or more persons." We think likewise that its activities were those of a " political committee," as defined by the statute, and that a statement should be filed by its treasurer.* The order should be modified by inserting therein " The New York Anti-Saloon League " in the place and stead of " The Anti-Saloon League of New York," and the proceedings should be amended accordingly, and the order as modified should be affirmed. Present — Cochrane, P. J., H. T. Kellogg, Van Kirk, Hinman and McCann, JJ. Order modified by inserting in the body thereof " The New York Anti-Saloon League " in the place and stead of " The Anti-Saloon League of New York," and the proceedings amended accordingly, and as so modified order unanimously affirmed, without costs.